# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHAD BEITEL  
108 N. REYNOLDS AVENUE  
MOUNT MORRIS, IL  61054  

SSN-xxx-xx-9059

Case Number: 07-70364

Case filed on: 2/22/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,206.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CHAD BEITEL | 0.00 | 0.00 | 778.65 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 778.65 | 0.00 |
| 001 | MT MORRIS SAVINGS | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
| 002 | MOUNT MORRIS SAVINGS & LOAN | 18,000.00 | 18,000.00 | 0.00 | 400.00 |
| 003 | MT MORRIS SAVINGS | 500.00 | 500.00 | 0.00 | 0.00 |
|  | Total Secured | 23,000.00 | 23,000.00 | 0.00 | 400.00 |
| 002 | MOUNT MORRIS SAVINGS & LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 9,932.25 | 993.22 | 0.00 | 0.00 |
| 005 | CAPITAL 1 BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL 1 BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 3,665.81 | 0.00 | 0.00 | 0.00 |
| 008 | MCYDSNB | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MT MORRIS SAVINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | B-REAL LLC | 3,665.81 | 366.58 | 0.00 | 0.00 |
|  | Total Unsecured | 17,263.87 | 1,359.80 | 0.00 | 0.00 |
|  | Grand Total: | 40,263.87 | 24,359.80 | 778.65 | 400.00 |

Total Paid Claimant:    $1,178.65  
Trustee Allowance:    $27.35  
Percent Paid Unsecured:    0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  09/27/2007          By  /s/Heather M. Fagan